In the Matter of the Judicial Settlement of the Account of PAUL R. ATKINSON, as Administrator of ELBRIDGE C. ATKINSON, Deceased.— Order denying motion to vacate and set aside decree of the Surrogate's Court of Kings county on accounting, and for a reopening of the proceedings, affirmed, with ten dollars costs and disbursements against the appellant personally. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

MARTINA R. KELLY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed upon the law and the facts, and new trial granted, with costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $7,500, together with costs of the trial; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. We do not pass upon the legality of the operation of the railroad by the defendant, as the question is not presented. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

MARION WALTON McCARTER, Appellant, v. PERCY H. DAVIS and Another, Respondents.— Judgment and interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

HEINRICH MOST, Appellant, v. UNION STEVEDORING CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

HENRIETTA E. C. MUNDE, Plaintiff, v. CHARLES ALBERT MUNDE, Defendant. GRACE HUMISTON, Appellant; BRENNAN, FLAMMAN & SIMPSON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

CHARLES A. MUNDE, Plaintiff, v. HENRIETTA E. MUNDE and Others, Defendants. GRACE HUMISTON, Appellant; BRENNAN, FLAMMAN & SIMPSON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

AUGUST C. NITSCH, Respondent, v. ALEXANDER MIHOLCZYK and Another, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY M. LEDWITH, Respondent, for a Writ of Habeas Corpus against THE BOARD OF TRUSTEES OF BELLEVUE AND ALLIED HOSPITALS, AT BELLEVUE HOSPITAL IN THE CITY OF NEW YORK, Appellant.— We are of opinion that the writ was properly returnable in Kings county, before the justice who granted it, but the only question before the court related to the jurisdiction of the magistrate. (*People ex rel. Edwards* v. *Superintendent, etc.,* 235 N. Y. 398.) It was, therefore, error for the learned court to consider and determine the question as to whether or not the action of the magistrate was improvident or erroneous. The writ must, therefore, be dismissed and the relator remanded to custody. Order sustaining writ reversed upon the law, writ dismissed, and relator remanded to custody. Kelly, P J., Rich, Manning, Kelby and Kapper, JJ., concur. Settle order on notice.